

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-15-1999

# USA v. Universal Rehab

Precedential or Non-Precedential:

Docket 97-1412

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation
"USA v. Universal Rehab" (1999). *1999 Decisions.* Paper 102.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/102

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed April 15, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 97-1412, 97-1414 & 97-1468

UNITED STATES OF AMERICA,
        Appellant in 97-1468

v.

UNIVERSAL REHABILITATION SERVICES (PA), INC.,
        Appellant in 97-1412

UNITED STATES OF AMERICA,

v.

RICHARD J. LUKESH,
        Appellant in 97-1414

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal Action Nos. 94-cr-00147-1 and
94-cr-00147-3
District Judge: Hon. Robert F. Kelly

Argued May 22, 1998

Before: ROTH, MCKEE, and GARTH, Circuit Judges

(Opinion filed February 22, 1999)

Present: BECKER, Chief Judge, SLOVITER, STAPLETON,
MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO,
ROTH, LEWIS, McKEE, RENDELL, and GARTH,*
Circuit Judges
_____

* Hon. Leonard I. Garth, Senior Circuit Judge, as to panel rehearing
only.

O R D E R

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed February 11, 1999 insofar as they bear on Universal and Lukesh, and list the above for rehearing en banc at the convenience of the Court.

        BY THE COURT:

        /s/ Edward R. Becker
        CHIEF JUDGE

DATED: April 15, 1999

A True Copy:
Teste:

        Clerk of the United States Court of Appeals
        for the Third Circuit

2